### RAY et al. v. OLCOTT et al.

(Court of Civil Appeals of Texas. San Antonio. April 23, 1913. Rehearing Denied May 28, 1913.)

APPEAL AND ERROR (§ 773*)—DISPOSITION OF CASE—AFFIRMANCE.

Appellant filed no brief in the court below or on appeal, and appellee filed a brief asking that the judgment be affirmed. *Held* that, in the absence of fundamental error, the judgment would be affirmed.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3104, 3108–3110; Dec. Dig. § 773.*]

---

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key-No. Series & Rep'r Indexes

Appeal from District Court, Bexar County; A. W. Seeligson, Judge.

Action by Dudley Olcott II and others against J. M. Ray and others. Judgment for plaintiffs, and defendants appeal. Affirmed.

W. F. Ezell, of San Antonio, for appellees.

TALIAFERRO, J. This is a suit brought by Dudley Olcott II and James N. Wallace, defendants in error herein, against J. M. Ray and C. U. Connellee, plaintiffs in error, in the district court of Bexar county, Tex., Fifty-Seventh judicial district, December 14, 1911, to establish their ownership of, and to recover the amount due on, a certain judgment rendered in the district court of Bexar county, Tex., Fifty-Seventh judicial district, on January 28, 1908, in favor of Frederick P. Olcott against the plaintiffs in error herein for the sum of $869.74, with interest from said date at the rate of 6 per cent. per annum, and the costs of that suit, and for a foreclosure of the lien established in said judgment on 160 acres of land, situated in Eastland county, Tex.

Defendant answered, and upon trial judgment was rendered for plaintiffs, from which plaintiffs in error perfected this writ of error. The plaintiffs in error have filed no brief in the court below or in this court, and the defendants in error, having filed their brief, ask that the judgment be affirmed.

We have examined the record for fundamental errors, and, none being apparent, the judgment of the lower court is affirmed.